# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GRACE ALBANESE,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

    Defendant.

Case No. 2:17-CV-01832-KJD-PAL

**ORDER**

    Before the Court for consideration is the Report of Findings and Recommendation (#4) of Magistrate Judge Peggy A. Leen entered July 24, 2017, recommending that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) be denied and her complaint be dismissed with prejudice. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report of Findings and Recommendations.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report of Findings and Recommendation (#4) of the United States Magistrate Judge entered July 24, 2017, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report of Findings and Recommendation (#4) entered July 24, 2017, are **ADOPTED** and **AFFIRMED;**

IT IS FURTHER ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is **DENIED**;

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff**.**

DATED this 27th day of September 2017.

_____
Kent J. Dawson
United States District Judge